McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790

FILED

OCT 1 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
          Plaintiff,      )   MAG. NO. 2:06-MJ-276 KJM
                          )
     v.                   )   APPLICATION AND ORDER
                          )   FOR UNSEALING COMPLAINT
NEAL EDWARD PETERSON, JR. )
                          )
          Defendant.      )
_____)

On October 12, 2006, the complaint was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint be unsealed.

DATED:   October 17, 2006        McGREGOR W. SCOTT
                                 United States Attorney

                                 By: /s/ William S. Wong
                                     WILLIAM S. WONG
                                     Assistant U.S. Attorney

                                 ORDER

SO ORDERED:

DATED: October 17, 2006          /s/ Kimberly J. Mueller
                                 HON. KIMBERLY J. MUELLER
                                 U.S. Magistrate Judge

1