```
William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Flor., Ste. A
Sacramento, California 95814
Telephone:  (916) 557-1113
```

Attorney for ROBERT ANTHONY **McCLARY**

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

```
UNITED STATES OF AMERICA,      )   CR. No. S-06-451 EJG
                               )
              Plaintiff,       )   STIPULATION AND PROPOSED ORDER
       v.                      )
                               )
                               )
NEAL EDWARD PETERSON;          )
ROBERT ANTHONY McCLARY;        )
                               )
              Defendants       )
_____ )
```

The defendants, ROBERT ANTHONY McCLARY and NEAL EDWARD PETERSON, through their respective undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Friday August 10, 2007, should be vacated and reset for Friday September 7, 2007, at 10:30 a.m. in Courtroom 8.

The continuance is necessary to join these two defendants with the remaining codefendants who are presently set for September 7, 2007 at 10:00 a.m.. Additionally, defense counsel was appointed on June 26, 2007 and has yet to receive discovery.

The parties further agree and stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [Local Code T4] and for receipt of discovery of the

1 investigation as well as to join with the other defendants in the
2 case.
3     Mr. McClary is in custody and will be notified by defense
4 counsel.  Michael B. Bigelow, attorney for Neal Peterson
5 requested this continuance and gave authorization to sign and
6 submit this stipulation and will notify his client of the date.
7     Accordingly, the defendants and the United States agree and
8 stipulate that the status conference should be continued until
9 10:30 a.m. on September 7, 2007.  AUSA William S. Wong has agreed
10 with defense counsel to the continuance and has given defense
11 counsel authorization to sign and submit this stipulation on
12 August 8, 2007.

Dated: August 8, 2007

                  McGREGOR W. SCOTT
                  United States Attorney

                  /s/ William S. Wong
            By:_____
                WILLIAM S. WONG
                Assistant U.S. Attorney

Dated: August 8, 2007
                  ROBERT ANTHONY McCLARY
                  Defendant


            By:/s/William E. Bonham
                WILLIAM BONHAM
                Counsel for Defendant

Dated: August 8, 2007
                  NEAL EDWARD PETERSON, JR.
                  Defendant


            By:/s/Michael B. Bigelow

1  MICHAEL B. BIGELOW
2  Counsel for Defendant
3
4  **ORDER**
5  **IT IS SO ORDERED** that this matter is continued until 10:00
6  a.m. on Friday September 7, 2007 for status conference.
7  I find that the continuance is necessary to join with other
8  defendants and that time should be excluded under the Speedy
9  Trial Act due to needs of counsel to prepare [Local Code T4] and
10 for receipt of discovery of the investigation. Accordingly, time
11 should be excluded under the Speedy Trial Act due to needs of
12 counsel to prepare [local code T4], up to and including September
13 7, 2007.
14
15 Dated: August  9, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior U.S. District Judge