1  William E. Bonham, SB# 55478
   Attorney at law
2  Hotel de' France Bldg., Old Sacramento
   916 Second Steet, 2nd Flkr., Ste. A
3  Sacramento, California 95814
   Telephone:  (916) 557-1113
4

5

6              **IN THE UNITED STATES DISTRICT COURT FOR THE**

7                  **EASTERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA,      )   CR. No. **S-06-451 EJG**
                                  )
10                   Plaintiff,   )   STIPULATION AND PROPOSED ORDER
           v.                     )
11                                )
                                  )
   NEAL EDWARD PETERSON, et al,   )
12                                )
                   Defendants.    )
13 _____)

14

15      The defendants, through their undersigned counsel, and the

16 United States, through its undersigned counsel, agree and

17 stipulate that the status conference hearing currently scheduled

18 for Friday, September 7, 2007, should be vacated and continued

19 until Friday, November 30, 2007, at 10:00 a.m..

20      Further continuance is necessary due to delay in providing

21 discovery by the Government to the defense.  Such continuance

22 should allow sufficient time for the Government to produce full

23 discovery.  The defense will need additional time to review

24 discovery and for investigation and trial preparation and

25 readiness once discovery is provided, however, it anticipated

26 that the defense will need up to November 30, 2007, at the very

27 least, for  investigation and evaluation of evidence and setting

28 trial and motion and briefing schedule.

    .

1    Therefore, the parties agree and stipulate that time should

2  be excluded under the Speedy Trial Act pursuant to Local Code T4

3  for investigation and trial preparation and due to the complexity

4  of the case [Local Code T2], up to and including November 30,

5  2007.

6    I, William E. Bonham, the filing party, have received

7  authorization from all the parties to sign and submit this

8  stipulation and proposed order on their behalf and that defense

9  counsel have authorization from their respective clients.

10   Accordingly, the defendants and the United States agree and

11 stipulate that the status conference should be continued until

12 10:00 a.m. on Friday, November 30, 2007.

13 Dated: September 5, 2007

14                                 McGREGOR W. SCOTT
                                   United States Attorney
15
                                    /s/ William E. Bonham
16                            By:_____
                                   WILLIAM S. WONG
17                                 Assistant U.S. Attorney

18
   Dated: September 5, 2007
19                                 ROBERT ANTHONY McCLARY
                                     Defendant
20

21
                                   By:/s/William E. Bonham
22                                 WILLIAM E. BONHAM
                                       Counsel for Defendant
23

24 Dated: September 5, 2007
                                   NEAL EDWARD PETERSEN
25                                   Defendant

26

27                                 By:/s/ William E. Bonham
                                     MICHAEL BRADLEY BIGELOW
28                                   Counsel for Defendant

                                    2

1  Dated: September 5, 2007
                              IRVIN GRIFFIN
2                                 Defendant

3

4                             By:/s/William E. Bonham
                              DAVID J. COHEN
5                                 Counsel for Defendant

6  Dated: September 5, 2007
                              JAVARIS MARQUEZ TUBBS
7                                 Defendant

8

9                             By:/s/William E. Bonham
                              STEVEN D. BAUER
10                                Counsel for Defendant

11 Dated: September 5, 2007
                              MICHEAL BLANCHE
12                                Defendant

13

14                            By:/s/William E. Bonham
                              JOSEPH J. WISEMAN
15                                Counsel for Defendant

16

17                            **ORDER**

18      IT IS SO ORDERED.  This matter is continued until 10:00 a.m.

19 on Friday, November 30, 2007 for further status.

20      I find that the  continuance is necessary for the Government

21 to produce discovery to the defense and to allow defense counsel

22 sufficient time to investigate and evaluate motions to be filed

23 for trial preparation and trial readiness. I further find that

24 the needs of counsel to evaluate the evidence and advise their

25 clients exceed the needs of the public for a trial within 70

26 days, so that the interests of justice warrants a further

27 exclusion of time.  Accordingly, time should be excluded under

28 the Speedy Trial Act due to needs of counsel to prepare [local

1  code T4] and due to the complexity of the case [Local Code T2]up

2  to and including November 30, 2007.

3

4  Dated: September <u>6</u>, 2007

5

6                                        /s/ Edward J. Garcia
                                         EDWARD J. GARCIA
7                                        Senior U.S. District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4