DAVID J. COHEN, ESQ.
California Bar No. 145748
KALI S. GRECH, ESQ.
California Bar No. 238461
**COHEN & PAIK LLP**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Irvin Griffin**

FILED
DEC - 7 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-06-451 EJG |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | [~~PROPOSED~~] **ORDER APPROVING** |
| NEAL EDWARD PETERSON, ) | **WAIVER OF DEFENDANT IRVIN** |
| JR.; IRVIN GRIFFIN; ) | **GRIFFIN'S PERSONAL APPEARANCE** |
| JAVARIS MARQUEZ TUBBS; ) | |
| ROBERT ANTHONY McCLARY; ) | |
| and MICHAEL BLANCHE; ) | |
| Defendants. ) | |

GOOD CAUSE APPEARING THEREFOR, and based upon the waiver of defendant Irvin Griffin's personal appearance filed on November 29, 2007, IT IS HEREBY ORDERED that defendant Irvin Griffin's personal appearance is permitted to be waived, pursuant to Rule 43 of the Federal Rules of Criminal Procedure, and as described in defendant Griffin's November 30, 2007 waiver of personal appearance.

**IT IS SO ORDERED.**

Dated: 11/29/07

_____
THE HONORABLE EDWARD J. GARCIA
SENIOR UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I, Tonia M. Sanchez hereby certify that I am over the age of eighteen years, am not a party to the within action and my business address is Cohen & Paik LLP, 300 Montgomery Street, Suite 660, San Francisco, CA 94104.

A copy of the foregoing **[PROPOSED] ORDER APPROVING WAIVER OF DEFENDANT IRVIN GRIFFIN'S PERSONAL APPEARANCE** in the case of United States v. Peterson, et. al., CR S-06-451 EJG was sent electronically and was sent by United States mail to:

William S. Wong, Esq.
Assistant United States Attorney
United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814

I certify under penalty of perjury that the foregoing is true and correct. Executed on November 29, 2007, at San Francisco, California.

/s/ Tonia M. Sanchez
TONIA M. SANCHEZ
Legal Assistant