DAVID J. COHEN, ESQ.
California Bar No. 145748
KALI S. GRECH, ESQ.
California Bar No. 238461
**COHEN & PAIK LLP**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **Irvin Griffin**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR S-06-451 EJG |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | |
| ) | **ORDER APPROVING WAIVER OF** |
| NEAL EDWARD PETERSON,   ) | **DEFENDANT IRVIN GRIFFIN'S** |
| JR.; IRVIN GRIFFIN;   ) | **PERSONAL APPEARANCE** |
| JAVARIS MARQUEZ TUBBS;   ) | |
| ROBERT ANTHONY McCLARY;   ) | |
| and MICHAEL BLANCHE;   ) | |
| ) | |
| Defendants.   ) | |
| ) | |

    GOOD CAUSE APPEARING THEREFOR, and based upon the waiver of defendant Irvin Griffin's personal appearance filed on November 29, 2007, IT IS HEREBY ORDERED that defendant Irvin Griffin's personal appearance is permitted to be waived, pursuant to Rule 43 of the Federal Rules of Criminal Procedure, and as described in defendant Griffin's March 7, 2008 waiver of personal appearance.

    **IT IS SO ORDERED.**

Dated: March 14, 2008      /s/ Edward J. Garcia
                                **Senior U. S. District Judge**

**CERTIFICATE OF SERVICE**

I, Tonia M. Sanchez hereby certify that I am over the age of eighteen years, am not a party to the within action and my business address is Cohen & Paik LLP, 300 Montgomery Street, Suite 660, San Francisco, CA 94104.

A copy of the foregoing **[PROPOSED] ORDER APPROVING WAIVER OF DEFENDANT IRVIN GRIFFIN'S PERSONAL APPEARANCE** in the case of United States v. Peterson, et. al., CR S-06-451 EJG was sent electronically to:

> William S. Wong, Esq.
> Assistant United States Attorney
> United States Attorney
> Eastern District of California
> 501 I Street, Suite 10-100
> Sacramento, CA 95814

I certify under penalty of perjury that the foregoing is true and correct. Executed on March 6, 2008, at San Francisco, California.

>  /s/ Tonia M. Sanchez
>  TONIA M. SANCHEZ
>  Legal Assistant