William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd FL., Ste. A
Sacramento, California  95814
Telephone:  (916) 557-1113

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. **S-06-451 EJG** |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER |
| v. ) | |
| ) | |
| ) | |
| NEAL EDWARD PETERSON, et al, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The defendants, through their undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the trial confirmation hearing be scheduled for Friday, June 27, 2008.  It is further understood that the June 27, 2008 scheduling is pursuant to the Court's order that the Government is to provide full disclosure of Giglio material, and any information to be produced under Brady and Roviaro, fourteen days before trial now scheduled for July 7, 2008.

I, William E. Bonham, the filing party, have received authorization from all the parties to sign and submit this stipulation and proposed order on their behalf and that defense counsel have authorization from their respective clients.

Accordingly, the defendants and the United States agree and stipulate that the Trial Confirmation Hearing should be set at

1  10:00 a.m. on Friday, June 27, 2008.

3  Dated: March 18, 2008

```
                                    McGREGOR W. SCOTT
                                    United States Attorney

                                      /s/ William E. Bonham
                                 By:_____
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney
```

Dated: March 18, 2008
```
                                 ROBERT ANTHONY McCLARY
                                    Defendant


                                 By:/s/William E. Bonham
                                    WILLIAM E. BONHAM
                                       Counsel for Defendant
```

Dated: March 18, 2008
```
                                 NEAL EDWARD PETERSEN
                                    Defendant


                                 By:/s/ William E. Bonham
                                    MICHAEL BRADLEY BIGELOW
                                    Counsel for Defendant
```
Dated: March 18, 2008
```
                                 IRVIN GRIFFIN
                                    Defendant


                                 By:/s/William E. Bonham
                                    DAVID J. COHEN
                                       Counsel for Defendant
```
Dated: March 18, 2008
```
                                 JAVARIS MARQUEZ TUBBS
                                    Defendant


                                 By:/s/William E. Bonham
                                    STEVEN D. BAUER
                                       Counsel for Defendant
```

2

Dated: March 18, 2008
                                    MICHEAL BLANCHE
                                        Defendant

                            By:/s/William E. Bonham
                              JOSEPH J. WISEMAN
                                  Counsel for Defendant

## ORDER

**IT IS SO ORDERED**, that the Trial Confirmation Hearing is to be set on June 27, 2008, at 10:00 a.m.. I further find that the June 27, 2008 scheduling is pursuant to the Court's order that the Government is to provide full disclosure of <u>Giglio</u> material, and any information to be produced under <u>Brady</u> and <u>Roviaro</u>, fourteen days before trial now scheduled for July 7, 2008, in order to allow defense counsel time to investigate and evaluate the discovery before trial and trial readiness.

Dated: March <u>19</u>, 2008

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        Senior U.S. District Judge