UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

| | |
|---|---|
| **Honorable William B. Shubb**<br>**Senior United States District Judge**<br>**Sacramento, California** | RE: Neal Edward Peterson Jr.<br>Docket Number: 0972 2:06CR00451-1<br><u>**REQUEST FOR DISCLOSURE OF RECORDS**</u> |

Your Honor:

Neal Edward Peterson Jr. was sentenced in our district on February 18, 2009, to 216 months imprisonment on two counts of Armed Bank Robbery, Aiding and Abetting and one count of Use of a Firearm, Aiding and Abetting.

On May 19, 2021, Assistant United States Attorney, Annalise Peters, with the Northern District of Georgia, contacted our office requesting a copy of Mr. Peterson's presentence report (PSR) from our district dated January 16, 2009. Ms. Peters would also like for Mr. Peterson's attorney of record, Rebecca Shepard, with the Federal Defender's office in the Northern District of Georgia to also be allowed to have a copy.

Mr. Peterson was indicted in the Northern District of Georgia on April 6, 2021, on one count of Assault on a Correctional Officer (Dkt. No. 1:21-CR-00126-MHC-LTW). The parties would like to obtain the prior PSR in order to review his prior criminal conduct.

With the Courts permission, the undersigned will disclose Mr. Peterson's Presentence Investigation Report dated January 16, 2009, to the parties forthwith.

REV. 01/2021
CAE___MEMO__COURT (W ORDER)

RE: Neal Edward Peterson Jr
Docket Number: 0972 2:06CR00451-1
**REQUEST FOR DISCLOSURE OF RECORDS**

Respectfully submitted,

*Lynda Moore*

**Lynda M. Moore**
Supervising United States Probation Officer

Dated: May 20, 2021
Sacramento, California

---

### ORDER OF THE COURT

**THE COURT ORDERS:**

☒ Approved

Dated: May 21, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE